1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   JEROME PRICE, CA Bar # 282400
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   JASON LAMONT HARRIS

7                      IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )  Case No.  1:13-MJ-00193 SAB
                                       )
11                 Plaintiff,          )  STIPULATION TO CONTINUE STATUS
                                       )  CONFERENCE; ORDER THEREON
12  vs.                                )
                                       )  Date:   December 2, 2014
13  JASON LAMONT HARRIS,               )  Time:   1:30 p.m.
                                       )  Judge:  Barbara A. McAuliffe
14                 Defendant.          )
                                       )
15  _____   )

16        **IT IS HEREBY STIPULATED** by and between the parties, through their respective

17  counsel, Assistant United States Attorney, Laurel Montoya, Counsel for Plaintiff, Assistant

18  Federal Defender, Jerome Price, Counsel for Defendant, Jason Lamont Harris, that the status

19  conference hearing currently set for November 14, 2014, at 1:30 p.m., may be rescheduled to

20  December 2, 2014, at 1:30 p.m.

21        The parties need additional time to execute the Rule 20 agreement.  The parties agree that

22  the above case will be transferred to the Eastern District of California.  The requested

23  continuance will conserve time and resources for both counsel and the court and provide an

24  opportunity for the parties to finish executing the agreement.

25  / / /

26  / / /

27  / / /

28  / / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  November 13, 2014                /s/ *Laurel Montoya*
                                         LAUREL MONTOYA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         HEATHER E. WILLIAMS
                                         Federal Defender

Dated:  November 13, 2014                /s/ *Jerome Price*
                                         JEROME PRICE
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         JASON L. HARRIS


**O R D E R**

    **IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is

granted for good cause, that the 1st Status Conference regarding Rule 20 from Northern District

of Alabama be continued from November 14, 2014 before Judge McAuliffe to Tuesday,

December 2, 2014 at 1:30p.m. before Judge Austin.

IT IS SO ORDERED.

  Dated:   **November 13, 2014**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE