HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JASON LAMONT HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00253-AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| vs. | ) ) | |
| JASON LAMONT HARRIS, | ) ) | Date:   February 9, 2015 Time:  10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Laurel J. Montoya, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant, Jason Lamont Harris, that the change of plea hearing currently set for January 20, 2015, before Senior District Judge Anthony Ishii, **may be continued to February 9, 2015.**

The requested continuance will allow defense counsel additional time to execute the plea agreement that has been extended by the government.  Investigation into Mr. Harris's criminal history is required in order for defense counsel to properly advise on sentencing factors that may be affected by his guilty plea.  The government is in agreement with this request.  The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including, but not limited to, the need for the period of time set forth herein for effective defense

preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: January 14, 2015            /s/ *Laurel J. Montoya*
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: January 14, 2015            /s/ *Jerome Price*
                                        JEROME PRICE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JASON LAMONT HARRIS

## **O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause. The change of plea hearing as to Jason Lamont Harris currently set for January 20, 2015 is continued to February 9, 2015, at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii. Time will be excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  January 14, 2015                       /s/ Anthony W. Ishii
                                           SENIOR DISTRICT JUDGE