1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   JEROME PRICE, CA Bar # 282400
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   JASON LAMONT HARRIS

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  1:14-cr-00253 AWI-1
                                       )
11                Plaintiff,           )  STIPULATION TO CONTINUE CHANGE OF
                                       )  PLEA HEARING;  ORDER THEREON
12  vs.                                )
                                       )  Date:    March 2, 2015
13  JASON LAMONT HARRIS,               )  Time:    10:00 a.m.
                                       )  Judge: Hon. Anthony W. Ishii
14                Defendant.           )
                                       )
15  _____   )

16       **IT IS HEREBY STIPULATED** by and between the parties, through their respective

17  counsel, Assistant United States Attorney Laurel Montoya, Counsel for Plaintiff, and Assistant

18  Federal Defender Jerome Price, Counsel for Defendant, Jason Lamont Harris, that the change of

19  plea hearing currently set for February 9, 2015, at 10:00 a.m., **may be rescheduled to March 2,**

20  **2015, at 10:00 a.m.**

21       This case was initially an out-of-district case that was transferred to the Eastern District

22  by a Rule 20 agreement between Mr. Harris and the United States Attorney's Office in both the

23  Northern District of Alabama and the Eastern District of California.  As a result of the Rule 20

24  agreement, Mr. Harris has agreed to plead guilty pursuant to an offer extended to him by the

25  United States Attorney's Office in the Northern District of Alabama.  However, defense counsel

26  has requested a copy of Mr. Harris's criminal history rap sheet from the undersigned government

27  counsel to properly advise Mr. Harris of his exposure at sentencing.  Ms. Montoya has requested

28  the rap sheet from her colleague in the Northern District of Alabama, and is still waiting to

1   receive it.  Once received, defense counsel needs time to consult with Mr. Harris before he enters

2   a change of plea pursuant to the Rule 11 plea offer.

3          The requested continuance will conserve time and resources for both parties and the

4   court.  The parties agree that the delay resulting from the continuance shall be excluded in the

5   interests of justice, including but not limited to, the need for the period of time set forth herein

6   for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

7

8                                          Respectfully submitted,

9                                          BENJAMIN B. WAGNER
                                          United States Attorney
10

11  Dated:  February 5, 2015              /s/ Laurel Montoya
                                          LAUREL MONTOYA
12                                         Assistant United States Attorney
                                          Attorney for Plaintiff
13

14                                         HEATHER E. WILLIAMS
                                          Federal Defender
15

16  Dated:  February 5, 2015              /s/ Jerome Price
                                          JEROME PRICE
17                                         Assistant Federal Defender
                                          Attorneys for Defendant
18                                         JASON L. HARRIS

19

20                              **O R D E R**

21         IT IS SO ORDERED.  For the reasons set forth above, the continuance requested is

22  granted for good cause. The Court finds that the interest of justice outweighs the interests of the

23  public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161

24  (h)(7)(A) and (B)(ii), (iv).

25  IT IS SO ORDERED.

26

27  Dated:   February 5, 2015           _____
                                        SENIOR  DISTRICT  JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28