HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JASON LAMONT HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00253-AWI-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date: June 22, 2015 |
| JASON LAMONT HARRIS, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Laurel Montoya, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Jason Lamont Harris, that the sentencing hearing currently set for May 11, 2015, at 10:00 a.m., **may be rescheduled to June 22, 2015, at 10:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to obtain documents that would support a favorable designation in the Bureau of Prisons and Mr. Harris's position regarding an appropriate sentence in this case.  The requested date is a mutually agreeable date for both parties.  As this is a sentencing hearing, no exclusion of time is necessary.

///

///

-1-

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  May 5, 2015                                    /s/ *Laurel Montoya*
                                                                 LAUREL MONTOYA
                                                                 Assistant United States Attorney
                                                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  May 5, 2015                                    /s/ *Jerome Price*
                                                                 JEROME PRICE
                                                                 Assistant Federal Defender
                                                                 Attorneys for Defendant
                                                                 JASON LAMONT HARRIS

## **O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause. The sentencing hearing as to Jason Lamont Harris currently set for May 11, 2015 is continued to June 22, 2015, at 10:00 a.m., in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   May 5, 2015                                   _____
                                                                        SENIOR  DISTRICT  JUDGE