HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00253-AWI |
| *Plaintiff,* | ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| JASON LAMONT HARRIS, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Jason Lamont Harris, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On June 22, 2015, Mr. Harris was sentenced to 60 months in custody followed by 48 months of supervised release. He began serving his term of supervised release on March 9, 2018.

Mr. Harris submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. Therefore, after reviewing Mr. Harris Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: March 15, 2021                                         */s/ Eric V Kersten*
                                                                                    ERIC V. KERSTEN
                                                                                    Assistant Federal Defender
                                                                                    Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A. However, if the court finds that you are able to pay for counsel, you may be ordered to reimburse for the cost of the court appointed counsel.

IT IS SO ORDERED.

Dated:   **March 15, 2021**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE